IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 26-cv-00477-CNS-STV | Date: September 1, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DIRECTV **Plaintiff** | *Patrick Scully* |
| **v.** | |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS SYSTEM COUNCIL TELEPHONE – 3<br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 769 **Defendant** | *Nicholas Enoch* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:00 p.m.

Appearance of counsel.

Preliminary remarks and background case information by the Court.

Argument given on [13] Motion to Dismiss Complaint by Mr. Enoch and Mr. Scully with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record, it is

**ORDERED: [13] Motion to Dismiss Complaint is GRANTED.**

**Request for fees and costs is DENIED without prejudice.**

Court in Recess: 1:44 p.m. Hearing concluded. Total time in Court: 00:44